CHARLES JUNGMAN, Respondent, v. ANDREW D. PARKER, Appellant.

*Jungman* v. *Parker*, 123 App. Div. 923, affirmed.
(Argued March 29, 1909; decided April 27, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1908, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action for money had and received.

*Louis S. Phillips* and *Andrew D. Parker* for appellant.

*Milton Mayer* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

OREN G. STAPLES, Appellant, v. ANDREW C. CORNWALL et al., Respondents.

*Staples* v. *Cornwall*, 122 App. Div. 900, affirmed.
(Submitted March 29, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action of ejectment.

*Joseph Atwell* for appellant.

*Henry Purcell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.